UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) 3:09-md-02100-DRH ) ) MDL No. 2100 ) |

**This Document Relates to:**

*Marnie Joy v. Bayer HealthCare Pharmaceuticals Inc., et al.*   No. 10-cv-11529-DRH

*Josephine Saltzman v. Bayer HealthCare Pharmaceuticals Inc., et al.*   No. 11-cv-12306-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 13, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
       **Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.08.14
14:26:10 -05'00'

APPROVED:
            DISTRICT JUDGE
            U. S. DISTRICT COURT